722 A.2d 109

IN THE MATTER OF JEFFREY A. FOUSHEE,
AN ATTORNEY AT LAW.

January 20, 1999.

**ORDER**

The Disciplinary Review Board on August 25, 1998, having filed with the Court its decision concluding that **JEFFREY A. FOUSHEE** of **MAPLEWOOD**, who was admitted to the bar of this State in 1988, and who thereafter was suspended from the practice of law for a period of three years by Order of this Court effective June 5, 1997, and who remains suspended at this time, should be suspended from practice for a further period of three months on the basis of his criminal conviction on a charge of third-degree possession of cocaine, in violation of *RPC* 8.4(b) (criminal act that reflects adversely on honesty, trustworthiness, or fitness as an attorney), and good cause appearing;

It is ORDERED that the current three-year suspension of **JEFFREY A. FOUSHEE** be extended by a period of three months and until further Order of the Court, effective June 5, 2000; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent continue to be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.